UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FAJARDO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>　　　　　Defendants. | 1:16-cv-00699-DAD-JLT<br><br>NEW CASE NUMBER:<br><br>**1:16-cv-00699-JLT**<br><br>**ORDER REASSIGNING CASE** |

　　　All parties in the above-captioned case have filed a "Consent to Proceed Before a United States Magistrate Judge." *See* 28 U.S.C. §636(a)(5) and (c).

　　　IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Jennifer L. Thurston.  All currently scheduled dates presently set before Judge Drozd are hereby VACATED.

　　　To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents filed in this action.

**1:16-cv-00699-JLT**

IT IS SO ORDERED.

Dated:  **June 20, 2016**　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1