# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FAJARDO, ) | Case No.: 1:16-cv-00699 JLT |
| ) | |
| Plaintiff, ) | ORDER REQUIRING A JOINT STATUS |
| ) | REPORT |
| v. ) | |
| ) | |
| CITY OF BAKERSFIELD, et al., ) | |
| ) | |
| Defendants. ) | |

On June 30, 2016, the court granted the parties stipulation to stay the action while the plaintiff underwent criminal prosecution in the state court. (Doc. 14) In that order, the Court required periodic joint status reports. Dutifully, the parties have complied until now. The last status report was due on June 28, 2017 but the parties filed nothing. Thus, the Court **ORDERS**:

1. **No later than July 17, 2017**, the parties **SHALL** file a joint status report.

IT IS SO ORDERED.

Dated: **July 10, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE