# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FAJARDO,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00699 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED SEPTEMBER 15, 2017 (Doc. 22) |

On September 15, 2017, the Court ordered the parties to show cause why sanctions should not be imposed for failure to comply with the Court's order to file joint status reports. (Doc. 22) In the alternative, the parties were directed to file a joint status report. (*Id.* at 2) In compliance with the order to show cause, the parties filed a joint report in which they notified the Court that Plaintiff's trial has been continued to November 13, 2017. (Doc. 23)

Based upon the foregoing, the Court **ORDERS** that the order to show cause dated September 15, 2017 (Doc. 22) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **September 22, 2017**            **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE