# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FAJARDO, | ) Case No.: 1:16-cv-0699- JLT |
| Plaintiff, | ) ORDER REQUIRING A JOINT STATUS REPORT |
| v. | ) |
| CITY OF BAKERSFIELD, et al., | ) |
| Defendant. | ) |

The Court has learned that the criminal trial (Case No.: BF160536) for the plaintiff has concluded with a guilty finding on one charge and a mistrial on the others. No later than **March 30, 2018**, counsel SHALL file a joint report detailing the status of the criminal action—in particular whether the prosecution will seek to retry the plaintiff on the charges as to which the jury could not agree—and whether the stay should be lifted.

IT IS SO ORDERED.

Dated: **February 22, 2018**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE