# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FAJARDO, | Case No.: 1:16-cv-0699- JLT |
| Plaintiff, | ORDER REQUIRING A JOINT STATUS REPORT |
| v. | |
| CITY OF BAKERSFIELD, et al., | |
| Defendant. | |

The Court has learned that the criminal trial (Case No.: BF160536) for the plaintiff has concluded with a guilty finding on one charge and a mistrial on the others. Then, on March 29, 2018, Mr. Fajardo plead guilty to one charge and other charges were dismissed.[1] Thus, no later than **May 4, 2018**, counsel **SHALL** file a joint report detailing whether the stay should be lifted.

IT IS SO ORDERED.

Dated: **April 23, 2018**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] The court may take notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); United States v. Bernal-Obeso, 989 F.2d 331, 333 (9th Cir. 1993). The record of state court proceeding is a source whose accuracy cannot reasonably be questioned. Mullis v. United States Bank. Ct., 828 F.2d 1385, 1388 n.9 (9th Cir. 1987); Valerio v. Boise Cascade Corp., 80 F.R.D. 626, 635 n. 1 (N.D.Cal.1978), aff'd, 645 F.2d 699 (9th Cir.); see also Colonial Penn Ins. Co. v. Coil, 887 F.2d 1236, 1239 (4th Cir. 1989); Rodic v. Thistledown Racing Club, Inc., 615 F.2d 736, 738 (6th. Cir. 1980).