1  Michael G. Marderosian, No. 77296
   Heather S. Cohen, No. 263093
2  MARDEROSIAN & COHEN
   1260 Fulton Street
3  Fresno, CA 93721
4  Telephone:  (559) 441-7991
   Facsimile:  (559) 441-8170
5

6  Virginia Gennaro, No. 138877
   City Attorney
7  CITY OF BAKERSFIELD
   1501 Truxtun Avenue
8  Bakersfield, CA 93301
   Telephone:  (661) 326-3721
9  Facsimile:  (661) 852-2020
10

11  Attorneys for:  Defendants CITY OF BAKERSFIELD, JUAN OROZCO, and LINDY DEGEARE

12

13                          UNITED STATES DISTRICT COURT

                          EASTERN DISTRICT OF CALIFORNIA
14

15  GILBERTO FAJARDO,                        )  Case No.   1:16-CV-00699-JLT
                                             )
16                 Plaintiff,                )  **STIPULATION TO MODIFY THE**
                                             )  **SCHEDULING ORDER [DKT. NO. 36];**
17       vs.                                 )  **[~~PROPOSED~~] ORDER THEREON**
                                             )  **(Doc. 39)**
18                                           )
    CITY OF BAKERSFIELD; JUAN                )
19  OROZCO; LINDY DEGEARE; and               )
    DOES 1 THROUGH 10, inclusive,            )
20                                           )
                                             )
21                 Defendants.               )
                                             )
22  _____    )

23                              **RECITALS**

24       1.      WHEREAS, on May 30, 2018, this Court issued its Scheduling Order [Dkt. No. 36] setting

25  the (a) deadline for disclosure of expert witnesses as June 28, 2019; (b) the date for disclosure of rebuttal

26  expert witnesses for July 29, 2019; (c) expert discovery cutoff as August 12, 2019;

27  ///

28  ///

2. WHEREAS, due to conflicting trial schedules of counsel, the deposition of the Plaintiff was not completed until May 16, 2019, and therefore the Parties require additional time to prepare their expert disclosures and request that the deadlines above be extended by two months;

3. WHEREAS, the requested extension will not in any way affect the Pretrial Conference date of December 16, 2019, or the Trial date of February 10, 2020.

## STIPULATION

IT IS HEREBY STIPULATED by and between the Parties hereto through their respect attorneys of record that the following deadlines be continued as follows:

| Deadline | Current Date | Requested Date |
|---|---|---|
| Expert Disclosures | June 28, 2019 | August 28, 2019 |
| Rebuttal Expert Disclosures | July 29, 2019 | September 30, 2019 |
| Expert Discovery Cutoff | August 12, 2019 | October 14, 2019 |

Dated: May 17, 2019    MARDEROSIAN & COHEN

*/s/ Michael G. Marderosian*

By:_____
    Michael G. Marderosian,
    Attorneys for Defendants


Dated: May 17, 2019    LAW OFFICES OF DALE K. GALIPO

*/s/ Dale K. Galipo*

By:_____
    Dale K. Galipo,
    Attorneys for Plaintiff

# ORDER

Pursuant to the Stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the Scheduling Order be modified as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Expert Disclosures | June 28, 2019 | August 28, 2019 |
| Rebuttal Expert Disclosures | July 29, 2019 | September 30, 2019 |
| Expert Discovery Cutoff | August 12, 2019 | October 14, 2019 |

IT IS SO ORDERED.

Dated: __**May 17, 2019**__                    _____**/s/ Jennifer L. Thurston**_
                                                  UNITED STATES MAGISTRATE JUDGE