Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, JUAN OROZCO, and LINDY DEGEARE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FAJARDO, | ) Case No. 1:16-CV-00699-JLT |
| | ) |
| Plaintiff, | ) **AMENDED STIPULATION AND ORDER** |
| | ) **FOR PHYSICAL EXAMINATION** |
| vs. | ) **OF PLAINTIFF GILBERTO FAJARDO** |
| | ) **(Doc. 43)** |
| CITY OF BAKERSFIELD; JUAN | ) |
| OROZCO; LINDY DEGEARE; and | ) |
| DOES 1 THROUGH 10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff Gilberto Fajardo and Defendants City of Bakersfield, Juan Orozco and Lindy DeGeare (collectively "Defendants"), through their respective attorneys, as follows:

1.       The physical condition of the Plaintiff is "in controversy" within the meaning of Federal Rule of Civil Procedure 35 ("Rule 35"), which sets forth the procedures for the examination of persons whose physical condition is in controversy.

2.     Harvey L. Edmonds, M.D., FAAN, has been retained by Defendants to conduct an examination of Plaintiff Gilberto Fajardo pursuant to Fed. R. Civ. P. 35.  A copy of Dr. Edmonds' curriculum vitae is attached hereto as Exhibit A.

3.     Plaintiff Gilberto Fajardo will submit to a physical examination to be conducted by Harvey L. Edmonds, M.D., FAAN, on June 24, 2019, at 11 a.m. at the office of Sierra Valley Medico, 2020 17th Street, Suite 2016, Bakersfield, CA 93301, or at another mutually agreed upon date and time before the discovery cutoff deadline.

4.     In addition to questioning by Dr. Edmonds relating to Plaintiff's complaints, this examination shall include a comprehensive physical examination of the arms, legs, back, face and body.  This examination is relevant to Plaintiff's claim of pain and disability.

5.     At the time of said examination, Plaintiff will answer all proper questions and inquiries pertaining to his arms, legs, back, face and body, for the purpose of making a proper diagnosis of the Plaintiff's condition.

6.     An attorney representing Plaintiff may be present.

7.     Plaintiff will not be asked any questions related to the following subjects: (1) the incident; (2) his criminal history; or (3) any past or present use of illegal drugs.

8.     Good cause exists for the Court to enter this Stipulation as an Order of the Court.

9.     Nothing herein shall preclude the parties from entering into other stipulations or agreements relating to the Rule 35 examination of Plaintiff.

Dated:  June 20, 2019                              MARDEROSIAN & COHEN


                                                            */s/ Michael G. Marderosian*

                                        By:_____
                                              Michael G. Marderosian,
                                              Attorneys for Defendants

Dated: June 20, 2019                    LAW OFFICES OF DALE K. GALIPO


                                        */s/ Melanie Partow*

                                    By:_____
                                        Melanie Partow,
                                        Attorneys for Plaintiff


                                    **ORDER**

        The above stipulation is hereby accepted and approved. The terms of the stipulation set forth

above are hereby adopted as an order of this Court.


IT IS SO ORDERED.

    Dated:   **June 20, 2019**                **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE