Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, JUAN OROZCO, and LINDY DEGEARE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FAJARDO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF BAKERSFIELD; JUAN OROZCO; LINDY DEGEARE; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　Defendants. | Case No. 1:16-CV-00699-JLT<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER [DKT. NO. 36]; [PROPOSED] ORDER THEREON**<br>**(Doc. 36)** |

## **RECITALS**

1. WHEREAS, on May 30, 2018 this Court issued its Scheduling Order [Dkt. No. 36].

2. WHEREAS, on May 16, 2019 the Parties filed a Stipulation to Modify the Scheduling Order [Dkt. No. 39] to extend the time for expert disclosures and expert discovery cutoff and the Court issued an Order granting same on May 17, 2019 [Dkt. No. 40].

1

3. WHEREAS, due to the number of expert witnesses in this catastrophic injury case who are dependent on one another in terms of their analysis and given the volume of materials and complicated facts of the case, the Parties require additional time to prepare their expert disclosures and conduct expert discovery and request that the deadlines be extended by three weeks as set forth in the below Stipulation.

4. WHEREAS, the requested extension will not in any way affect the Pretrial Conference date of December 16, 2019, or the Trial date of February 10, 2020.

## STIPULATION

IT IS HEREBY STIPULATED by and between the Parties hereto through their respective attorneys of record that the following deadlines be continued as follows:

| Deadline | Current Date | Requested Date |
| --- | --- | --- |
| Non-Dispositive Motions | August 27, 2019 | September 17, 2019 |
| Expert Disclosures | August 28, 2019 | September 18, 2019 |
| Hearing on Non-Dispositive Motions | September 24, 2019 | October 15, 2019 |
| Rebuttal Expert Disclosures | September 30, 2019 | October 21, 2019 |
| Dispositive Motions | October 7, 2019 | October 28, 2019 |
| Expert Discovery Cutoff | October 14, 2019 | November 4, 2019 |
| Hearing on Dispositive Motions | November 18, 2019 | December 13, 2019 |

Dated: August 22, 2019  MARDEROSIAN & COHEN

*/s/ Michael G. Marderosian*

By:_____
    Michael G. Marderosian,
    Attorneys for Defendants

Dated: August 22, 2019  LAW OFFICES OF DALE K. GALIPO

*/s/ Dale K. Galipo*

By:_____
    Dale K. Galipo,
    Attorneys for Plaintiff

Dated: August 22, 2019  CHAIN COHN STILES

*/s/ David K. Cohn*

By:_____
    David K. Cohn,

Attorneys for Plaintiff

IT IS SO ORDERED.

Dated: **August 22, 2019**         **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE