CHAIN | COHN | STILES
David K. Cohn, Esq. (SBN 68768)
1731 Chester Avenue
Bakersfield, CA 93301
E-Mail: dcohn@chainlaw.com
Telephone: (661) 323-4000
Facsimile: (661) 324-1352

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
E-Mail: dalegalipo@yahoo.com
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FAJARDO,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD; JUAN OROZCO; LINDY DEGEARE; and DOES 1 THROUGH 10, inclusive,<br><br>                Defendants. | CASE NO. 1:16-CV-00699-JLT<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER (DKT. NO. 36]; [PROPOSED] ORDER THEREON [DOC. 36]** |

**RECITALS**

1.      WHEREAS, on May 30, 2018 this Court issued its Scheduling Order [Dkt. No. 36].

2.      WHEREAS, on May 16, 2019, the Parties filed a Stipulation to Modify the Scheduling Order [Dkt. No. 39] to extend the time for expert disclosures and expert discovery cutoff and the Court issued an Order granting same on May 17, 2019 [Dkt. No. 40].

3. WHEREAS, on August 21, 2019, the Parties filed a Stipulation to Modify the Scheduling Order [Dkt. No. 46] to extend the time for expert disclosures and expert discovery cutoff and the Court issued an Order granting same on August 22, 2019 [Dkt. No. 47].

4. WHEREAS, due to the number of expert witnesses in this catastrophic injury case who are dependent on one another in terms of their analysis and given the volume of materials and complicated facts of the case, the Parties require additional time to prepare their expert disclosures and conduct expert discovery and request that the deadlines be extended by two weeks as set forth in the below Stipulation.

5. WHEREAS, the requested extension on the hearing on dispositive motions is a date after the currently scheduled Pretrial Conference date of December 16, 2019. Therefore, the Parties request that the Pretrial Conference date of December 16, 2019, be continued to January 6, 2020.

6. WHEREAS, the requested extension will not affect the Trial date of February 10, 2019.

**STIPULATION**

**IT IS HEREBY STIPULATED** by and between the Parties hereto through their respective attorneys of record that the following deadlines be continued as follows:

| Deadline | Current Date | Requested Date |
| --- | --- | --- |
| Non-Dispositive Motions | September 17, 2019 | October 1, 2019 |
| Expert Disclosures | September 18, 2019 | October 2, 2019 |
| Hearing on Non-Dispositive Motions | October 15, 2019 | October 29, 2019 |
| Rebuttal Expert Disclosures | October 21, 2019 | November 4, 2019 |
| Dispositive Motions | October 28, 2019 | November 11, 2019 |
| Expert Discovery Cutoff | November 4, 2019 | November 18, 2019 |

///

///

///

CHAIN | COHN | STILES
1731 CHESTER AVENUE
BAKERSFIELD, CA 93301
(661) 323-4000

| | | |
|---|---|---|
| Hearing on Dispositive Motions | December 13, 2019 | December 27, 2019 |
| Pretrial | December 16, 2019 | January 6, 2020 |

DATED: September 16, 2019

LAW OFFICES OF DALE K. GALIPO

BY: */s/ Dale K. Galipo*
DALE K. GALIPO
Attorney for Plaintiff

DATED: September 16, 2019

CHAIN | COHN | STILES

BY: */s/ David K. Cohn*
DAVID K. COHN
Attorney for Plaintiff

DATED: September 16, 2019

MARDEROSIAN & COHEN

BY: */s/ Michael G. Marderosian*
MICHAEL G. MARDEROSIAN
Attorney for Defendants

**ORDER**

The Court **GRANTS in PART** the stipulation to amend the case schedule. The Court notes there is no showing to explain the need to extend the non-dispositive motion deadlines. Also, counsel have provided insufficient time for the filing of and decision on dispositive motions and have not demonstrated that they believe that expert testimony is needed for dispositive motions. Finally, the Court is unavailable on January 6, 2020. Thus, the Court **ORDERS** the case schedule to be amended as follows:

1. The parties **SHALL** disclose experts **no later than October 2, 2019** and any rebuttal experts **no later than November 4, 2019**;

2. All discovery of experts **SHALL** be completed **no later than November 18, 2019**;

3. The pretrial conference is **CONTINUED** to **December 30, 2019** at 9:00 a.m.

4. In all other respects, the stipulation to amend the case schedule is **DENIED**.

STIPULATION TO MODIFY THE SCHEDULING ORDER; ORDER THEREON

Counsel are advised that the Court will not entertain any further requests to amend the case schedule absent a showing of extraordinary good cause which does not include any difficulty scheduling or timely completing discovery or filing motions.

IT IS SO ORDERED.

Dated: **September 17, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

CHAIN | COHN | STILES
1731 CHESTER AVENUE
BAKERSFIELD, CA 93301
(661) 323-4000

CHAIN | COHN | STILES
1731 CHESTER AVENUE
BAKERSFIELD, CA 93301
(661) 323-4000