Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, JUAN OROZCO, and LINDY DEGEARE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FAJARDO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF BAKERSFIELD; JUAN ) <br> OROZCO; LINDY DEGEARE; and ) <br> DOES 1 THROUGH 10, inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:16-CV-00699-JLT <br><br> **STIPULATION DISMISSING CERTAIN CLAIMS WITH PREJUDICE; [PROPOSED] ORDER THEREON (Doc. 50)** |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, by and through their respective counsel of record, that the following claims be dismissed in their entirety, with prejudice:

**STIPULATION**

The parties have met and conferred multiple times regarding their respective contemplated dispositive motions in this matter. They have arrived at the following stipulation and proposed order, with which they propose to compromise with respect to a number of issues raised. Specifically, the parties stipulate that (and request that the Court enter an order confirming that):

1

1. Plaintiff agrees to dismiss his Third Claim for Municipal Liability – Ratification (42 U.S.C. § 1983).

2. Plaintiff agrees to dismiss his Fourth Claim for Municipal Liability – Inadequate Training (42 U.S.C. § 1983).

3. Plaintiff agrees to dismiss his Fifth Claim for Municipal Liability – Unconstitutional Custom, Practice or Policy (42 U.S.C. § 1983).

4. In return, Defendants agree to forego filing a motion for summary judgment and waive all costs associated with the above claims.

5. There is good cause to approve this Stipulation because it will streamline the issues to be tried and reduce the time and expense associated with dispositive motions.

6. The parties jointly request that the Court enter an order consistent with this Stipulation.

Dated: October 28, 2019            MARDEROSIAN & COHEN

*/s/ Michael G. Marderosian*

By:_____
Michael G. Marderosian,
Attorneys for Defendants

Dated: October 28, 2019            LAW OFFICES OF DALE K. GALIPO

*/s/ Dale K. Galipo*

By:_____
Dale K. Galipo,
Attorneys for Plaintiff

Dated: October 28, 2019            CHAIN COHN STILES

*/s/ David K. Cohn*

By:_____
David K. Cohn,
Attorneys for Plaintiff

**~~PROPOSED~~ ORDER**

Before the Court is a Stipulation among the parties with which they propose to resolve certain issues arising with respect to contemplated dispositive motions by means of a compromise. Good cause appearing, the Court adopts the parties' Stipulation and orders that:

1. The following claims for relief in the Plaintiffs' Complaint are **DISMISSED WITH PREJUDICE** with each side to bear its own fees and costs as to those claims: (a) Third Claim for Municipal Liability – Ratification (42 U.S.C. § 1983); (b) Fourth Claim for Municipal Liability – Inadequate Training (42 U.S.C. § 1983); and (c) Fifth Claim for Municipal Liability – Unconstitutional Custom, Practice or Policy (42 U.S.C. § 1983).

2. Defendants will forego filing a motion for summary judgment as to the remaining causes of action.

IT IS SO ORDERED.

Dated: **October 28, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE