Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, JUAN OROZCO, and LINDY DEGEARE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FAJARDO, | Case No. 1:16-CV-00699-JLT |
| Plaintiff, | **STIPULATION TO MODIFY THE SCHEDULING ORDER [DKT. NO. 36]; [PROPOSED] ORDER THEREON** |
| vs. | |
| CITY OF BAKERSFIELD; JUAN OROZCO; LINDY DEGEARE; and DOES 1 THROUGH 10, inclusive, | |
| Defendants. | |

**RECITALS**

1. WHEREAS, on May 30, 2018 this Court issued its Scheduling Order [Dkt. No. 36].

2. WHEREAS, on May 16, 2019 the Parties filed a Stipulation to Modify the Scheduling Order [Dkt. No. 39] to extend the time for expert disclosures and expert discovery cutoff and the Court issued an Order granting same on May 17, 2019 [Dkt. No. 40].

3. WHEREAS, on August 21, 2019 the Parties filed a Stipulation to Modify the Scheduling Order [Dkt. No. 46] to extend the time for disclosure of expert witnesses and expert witness discovery due

to the number of expert witnesses in this catastrophic injury case. The Court issued an Order granting same on August 22, 2019 [Dkt. No. 47].

4. WHEREAS, on September 16, 2019 the Parties filed a Stipulation to Modify the Scheduling Order [Dkt. No. 48] to extend the time for disclosure of expert witnesses and expert witness discovery again due to the number of expert witnesses in this catastrophic injury case who are dependent on one another in terms of their analysis and given the volume of materials and complicated facts of the case. The Court issued an Order granting same on September 17, 2019 [Dkt. No. 49].

5. WHEREAS, the Parties have exchanged their initial and rebuttal expert disclosures. Plaintiff has designated a total of seven (7) expert witnesses. Defendants have designated a total of nine (9) expert witnesses. The Parties have yet not been able to depose any of these expert witnesses due to the holidays, calendar conflicts, depositions, and trials.

6. Counsel for both Plaintiff and Defendants have significantly congested trial calendars and as such, the Parties have agreed to continue the trial date of February 10, 2020 to June 29, 2020 in order to accommodate the sixteen (16) expert depositions that need to be taken in this matter. The June 29, 2020 trial date was confirmed with Clerk Susan Hall as being available on the Court's calendar.

## STIPULATION

IT IS HEREBY STIPULATED by and between the Parties hereto through their respective attorneys of record that the following be continued as follows:

| Deadline | Current Date | Requested Date |
|---|---|---|
| Expert Discovery Cutoff | November 18, 2019 | April 6, 2020 |
| Joint Pre Trial Statement | December 23, 2019 | May 11, 2020 |
| Pre Trial Conference | December 30, 2019 | May 18, 2020 |
| Trial | February 10, 2020 | June 29, 2020 |

Dated: December 23, 2019     MARDEROSIAN & COHEN

*/s/ Michael G. Marderosian*

By:_____

   Michael G. Marderosian,
   Attorneys for Defendants

Dated: December 23, 2019          LAW OFFICES OF DALE K. GALIPO


                                          */s/ Dale K. Galipo*
                                  By:_____
                                          Dale K. Galipo,
                                          Attorneys for Plaintiff

Dated: December 23, 2019          CHAIN COHN STILES


                                          */s/ David K. Cohn*
                                  By:_____
                                          David K. Cohn,
                                          Attorneys for Plaintiff

**ORDER**

Pursuant to the Stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the Scheduling Order be modified as follows:

| Deadline | Current Date | Requested Date |
|---|---|---|
| Expert Discovery Cutoff | November 18, 2019 | April 6, 2020 |
| Joint Pre Trial Statement | December 23, 2019 | May 11, 2020 |
| Pre Trial Conference | December 30, 2019 | May 18, 2020 |
| Trial | February 10, 2020 | June 29, 2020[1] |

IT IS SO ORDERED.

Dated: __**December 23, 2019**__      _____**/s/ Jennifer L. Thurston**_
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel are advised that, though the Court can accommodate their request for the June 29 trial date, due to the Independence Day Holiday, the Court is open only Monday through Thursday during the week of June 29. Due to other Court obligations, the week of July 6, 2020, the Court is available only on Monday and Friday, though the jury may deliberate on Tuesday, July 7, if necessary.