**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERTO FAJARDO,<br><br>                    Plaintiff,<br><br>           v.<br><br>CITY OF BAKERSFIELD; JUAN OROZCO; LINDY DEGEARE; and DOES 1 THROUGH 10, inclusive,<br><br>                    Defendants. | Case No.: 1:16-cv-00699-JLT<br><br>[~~PROPOSED~~] **ORDER GRANTING THE PARTIES' JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**<br>(Doc. 56) |

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The pretrial conference is continued to December 14, 2020 at 10:00 a.m.;
2. The trial is re-set on February 8, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **June 2, 2020**                         **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE