UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FAJARDO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF BAKERSFIELD; JUAN OROZCO; LINDY DEGEARE; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　Defendants. | **Case No.: 1:16-CV-00699-JLT**<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION REGARDING TRIAL SETTING**<br>(Doc. 61) |

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Having reviewed the Parties' **JOINT STIPULATION REGARDING TRIAL SETTING**, and **GOOD CAUSE** appearing therein, the Court GRANTS the parties stipulation and sets jury trial for his matter on March 21, 2022 at 8:30 a.m. The pretrial conference is set on January 21, 2022 at 10 a.m.

IT IS SO ORDERED.

Dated:   **February 9, 2021**                   /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE