UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FAJARDO,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00699-BAK<br><br>ORDER ASSIGNING DISTRICT JUDGE DALE A. DROZD TO CASE FOR LIMITED PURPOSE OF RULING ON MOTION TO WITHDRAW CONSENT<br><br>(ECF No. 66) |

On January 19, 2022, Defendants City of Bakersfield, Lindy DeGeare, and Juan Orozco ("Defendants") filed a motion seeking to withdraw their consent, pursuant to 28 U.S.C. § 636(c)(1), to have a United States Magistrate Judge conduct all further proceedings in this case. (ECF No. 66.)

Only a district judge may rule on a motion to withdraw consent to magistrate judge jurisdiction. *Branch v. Umphenour,* 936 F.3d 994, 1003 (9th Cir. 2019).

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to reassign District Judge Dale A. Drozd to this action for the limited purpose of the disposition of Defendants' motion to withdraw consent to magistrate judge jurisdiction (ECF No. 66).
IT IS SO ORDERED.

Dated:   **January 20, 2022**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE

1