1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   GILBERTO FAJARDO,                          Case No.  1:16-cv-00699-DAD-BAK

12              Plaintiff,

13        v.                                    ORDER RE: STIPULATED DISMISSAL OF
                                                ENTIRE ACTION
14   CITY OF BAKERSFIELD, et al.,
                                                (ECF No. 90)
15              Defendants.

16

17        The parties have filed a stipulation to dismiss this entire action with prejudice. (ECF No.

18   90.) In light of the stipulation, the case has ended and is dismissed. *See* Fed. R. Civ. P.

19   41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the

20   Clerk of the Court is respectfully directed to close this case.

21

     IT IS SO ORDERED.

22

23      Dated:   **June 6, 2022**                    /s/ *Erica P. Grosjean*
                                                UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                                1